JOSEPHINE DE NIGRIS et al., Plaintiffs, *v.* BENJAMIN NEUMAN et al., Defendants.

City Court of City of New York, Special Term, New York County, October 23, 1944.

*Isidore Englar* for Benjamin Neuman, defendant.

*Hyman B. Schutzer* for John J. Vincent, defendant.

*Golenbock & Komoroff* for plaintiffs.

BYRNES, Ch. J.   This is a motion to strike the case from the jury calendar.  It appears that the plaintiffs served a note of issue by mail on August 25, 1944, containing the words, " Issue of law and fact to be tried by the court ", but also containing the following notation: " Plaintiffs demand a trial by a jury of twelve."  The latter notation evidenced the intention of the plaintiffs not to waive trial by jury.  The case seems to be precisely like *Platt* v. *Ideal Novelty & Toy Co.* (266 App. Div. 660).  I have examined the record on appeal in the *Platt* case and I find that the note of issue which was there originally served, unaccompanied by a separate demand for a trial by jury, but containing a notation indicating the intention of the plaintiffs to require a jury trial, was not filed, but that the next day the plaintiffs served and filed another note of issue accompanied by a proper jury demand.  So, in the present case, although a note of issue was originally served on August 25, 1944, none was filed until September 22, 1944; on that date a note of issue was filed, together with a proper demand for a trial by jury, both of these papers having been theretofore duly served.

On the authority of the *Platt* case (*supra*), this motion to strike the cause from the jury calendar is denied.